UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA Division

IN RE:                                CHAPTER 13
Travis Eugene Robinson,
            Debtor.                   CASE NO. 18-55637-LRC


**AFFIDAVIT OF DEBTOR**


I, the undersigned, hereby swear and affirm to the best of my knowledge, information and belief that:


I was not required ot file FICA/FUTA taxes for 2012-2018 tax years.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 5TH day of ___June___ , 2018.

_____ /S/
Travis Eugene Robinson

_____N/A_____ /S/


Sworn to and subscribed before me
this__5__ day of __June__ , 2018

_____ /S/
Notary Public


Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.   18 U.S.C. §§152 and 3571

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                CHAPTER 13
Travis Eugene Robinson,
        Debtor.                       CASE NO. 18-55637-LRC

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Affidavit of Debtor" upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Travis Eugene Robinson
4286 Pleasant Ridge Dr
Decatur, GA 30034

Melissa J. Davey
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303; Via E-notice

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
ATTN: Bankruptcy Specialist
401 West Peachtree St. NW
Stop 334-D
Atlanta, GA 30308-3539

Department of Justice
Tax Division
Attn: Chief, Civil Trial section
Southern Regional
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303


U.S Attorney General
Eric Holder
Main Justice Building
10th & Constitution Avenue
Washington, DC, 20530

Georgia Department of Revenue
Attn: Douglas J. MacGinnitie, Revenue Commissioner
1800 Century Blvd. NE
Atlanta, GA 30345-3205

Office of the Attorney General
Attn: Samuel Olens
40 Capitol Square, SW
Atlanta, GA 30334



This ____ day of _____ , 2018        By: _____ /S/
                                        Jamel Harvey, Attorney for Debtor
                                        GA Bar # 128833
                                        King & King Law LLC
                                        215 Pryor Street
                                        Atlanta, GA 30303
                                        (404) 524-6400
                                        notices@kingkingllc.com