**IRS** Department of the Treasury
Internal Revenue Service

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

401 W PEACHTREE ST, NW
Room 900
Stop: 334-D
ATLANTA, GA 30308

2018 SEP 28  PM 2: 48

REGINA THOMAS

BY
DEPUTY CLERK

Date: September 26, 2018

**Chapter and Case Number:**
13 18-55637-LRC
**Person to Contact:**
OLGUIMAR GARCIA
**Contact Telephone Number:**
470 639-2970
**Employee Fax Number:**
855-707-0690
**Employee Identification Number:**
0314571

CLERK OF THE COURT
UNITED BANKRUPTCY COURT
75 SPRING STREET, S W. RM 1340
ATLANTA, GA 30303

Debtor: TRAVIS EUGENE ROBINSON
Bankruptcy Filed April 2, 2018

This is to certify that the records of the Internal Revenue Service reflect that the taxpayer was not liable for the amount shown on the Proof of Claim filed on behalf of the Internal Revenue Service on 05/14/2018 and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ KENYA BUFFORD
Bankruptcy Specialist

cc: TRAVIS EUGENE ROBINSON
    KAREN KING

Letter 3931CG (11-2004)
Catalog Number 38952B