UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                 CASE NO. 18-55637 - LRC
Travis Eugene Robinson,
       Debtor,                         CHAPTER 7

Travis Eugene Robinson,
       Movant,

       v.

                                    CONTESTED MATTER

Kama Walcott,
       Respondent.

**MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY**

This Motion of the Debtor respectfully represents:

1.

On April 2, 2018, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtor files this Motion under 11 U.S.C. § 522(f) to avoid a judicial lien which has attached to property of the Debtor through action of law following a monetary judgment obtained by Respondent on March 20, 2011, in the Magistrate Court of Dekalb County, Georgia.

3.

Said judicial lien impairs Debtor's interest in property which Debtor would ordinarily be able to exempt under 11 U.S.C. § 522 and O.C.G.A. § 44-13-100.

Wherefore, Movant prays for a judgment against Respondent for the cancellation and avoidance of the said judicial lien.

                                             **KING & KING LAW LLC**

                                             /s/
                                             Eric Smith, Attorney for Debtor
                                             GA Bar #347001
                                             215 Pryor Street
                                             Atlanta, GA 30303
                                             (404) 524-6400
                                             notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                              CASE NO. 18-55637 - LRC
Travis Eugene Robinson,
    Debtor,                                                         CHAPTER 7

Travis Eugene Robinson,
    Movant,

v.
                                                                    CONTESTED MATTER
Kama Walcott,
    Respondent.


**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that, on December 26, 2018, a Motion to Avoid Judicial Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2, Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.


Dated: December 26, 2018

                                                                                **KING & KING LAW LLC**

                                                                                By: /s/ _____
                                                                                Eric Smith, Attorney for Debtor
                                                                                GA Bar #347001
                                                                                215 Pryor Street
                                                                                Atlanta, GA 30303
                                                                                (404) 524-6400
                                                                                notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-55637 - LRC |
| Travis Eugene Robinson, | |
|     Debtor, | CHAPTER 7 |
| | |
| Travis Eugene Robinson, | |
|     Movant, | |
| | |
| v. | |
| | CONTESTED MATTER |
| Kama Walcott, | |
|     Respondent. | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on December 26, 2018, I served a copy of the Motion to Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Kyle Cooper
615 Colonial Park Dr., Suite 102
Roswell, GA 30075

Travis Eugene Robinson
4286 Pleasant Ridge Dr
Decatur, GA 30034

Kama Walcott
7225 Bedrock Cir
Lithonia, GA 30038

                                                        **KING & KING LAW LLC**

                                                        By:__/s/_____
                                                        Eric Smith, Attorney for Debtor
                                                        GA Bar #347001
                                                        215 Pryor Street
                                                        Atlanta, GA 30303
                                                        (404) 524-6400 / notices@kingkingllc.com